## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

August 22, 2014

To:     Justine Flanagan
        UNITED STATES DISTRICT COURT
        Southern District of Illinois
        East St. Louis , IL 62201-0000

| No.: 14-1682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, , et al.,<br>Defendants - Appellees<br><br>APPEAL OF: JOHN STEELE, PAUL DUFFY and PAUL HANSMEIER, Attorneys |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                 **Received by:**

_____                          _____

form name: **c7_Mandate**(form ID: **135**)